**CASE NO. _____**

# IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

EHIREMEN BENNARD ERIAKHA,

PLAINTIFF-APPELLANT,

V.

UNIVERSITY OF MISSISSIPPI, ET AL.,

DEFENDANTS-APPELLEES.

ON APPEAL FROM THE

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF MISSISSIPPI, OXFORD DIVISION

CONSOLIDATED CIVIL ACTION NO. 3:25-CV-00226-MPM-JMV

(INCLUDING NO. 3:25-CV-00250-DMB-RP)

**MOTION TO PROCEED IN FORMA PAUPERIS**

Appellant Ehiremen Bennard Eriakha, proceeding pro se, respectfully moves to proceed in forma pauperis pursuant to *28 U.S.C. § 1915* and ***Federal Rule of Appellate Procedure 24*** in connection with his interlocutory appeal under *28 U.S.C. § 1292(a)(1)*. In support, Appellant states as follows:

1. Appellant has taken an interlocutory appeal from the district court's failure to rule on fully briefed, time-sensitive emergency motions for injunctive relief, which Appellant contends had the practical effect of denying such relief and is immediately appealable under *28 U.S.C. § 1292(a)(1)*.

2. Appellant is unable to prepay the appellate docketing fees or to provide security therefor due to indigence.

3. As set forth in the accompanying Affidavit Accompanying Motion for Permission to Appeal In Forma Pauperis and Supplement, Appellant has no current source of income, no assets, and incurs substantial and unavoidable monthly living expenses.

4. Appellant's enrollment in the Ph.D. program in Pharmacy Administration and his graduate assistantship were terminated while emergency motions for injunctive relief remained pending, resulting in the loss of stipend income and tuition support and leaving Appellant without any source of income.

5. This appeal is taken in good faith and presents non-frivolous issues concerning appellate jurisdiction under *28 U.S.C. § 1292(a)(1)* and the district court's obligation to adjudicate time-sensitive motions where irreparable harm is alleged.

WHEREFORE, Appellant respectfully requests that the Court grant this Motion and permit him to proceed in forma pauperis in this appeal.


Respectfully submitted,

/s/ Ehiremen Bennard Eriakha

Ehiremen Bennard Eriakha

Appellant, pro se

1802 Jackson Ave. W., Apt. 83

Oxford, MS 38655

Tel: (662) 281-4676

Email: eriakhabernard@gmail.com

# CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Appellate Procedure 25(d) and Fifth Circuit Rule 25.2.5, I hereby certify that on December 30, 2025, I served a true and correct copy of the foregoing Motion to Proceed In Forma Pauperis as follows:

Via electronic filing / email (Fifth Circuit Pro Se Filings):
Clerk's Office
United States Court of Appeals for the Fifth Circuit
Email: pro_se@ca5.uscourts.gov


Via email (Counsel for Appellees):
Paul B. Watkins, Esq.
Mayo Mallette PLLC
Email: pwatkins@mayomallette.com

Brooke Jackson, Esq.
Mayo Mallette PLLC
Email: bjackson@mayomallette.com


Executed this 30th day of December, 2025.

Respectfully submitted,

/s/ Ehiremen Bennard Eriakha
Ehiremen Bennard Eriakha
Appellant, pro se
1802 Jackson Ave. W., Apt. 83
Oxford, MS 38655
Tel: (662) 281-4676
Email: eriakhabernard@gmail.com