# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 30, 2025

Mr. Ehiremen Bennard Eriakha
1802 Jackson Avenue, W.
Apartment 83
Oxford, MS 38655

    No. 25-60708   Eriakha v. University of Mississippi
                             USDC No. 3:25-CV-226
                             USDC No. 3:25-CV-250

Dear Mr. Eriakha,

We received your motion to proceed in forma pauperis and financial affidavit. We are taking no action on this motion as it's not necessary because your motion to proceed was previously granted in the district court.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Roeshawn Johnson, Deputy Clerk
                        504-310-7998

cc:  Mr. Paul Bowie Watkins Jr.