# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

December 30, 2025

Mr. Ehiremen Bennard Eriakha  
1802 Jackson Avenue, W.  
Apartment 83  
Oxford, MS 38655

Mr. Paul Bowie Watkins Jr.  
Mayo Mallette, P.L.L.C.  
2094 Old Taylor Road  
5 University Office Park  
Suite 200  
Oxford, MS 38655

    No. 25-60708   Eriakha v. University of Mississippi  
                      USDC No. 3:25-CV-226  
                      USDC No. 3:25-CV-250

Dear Mr. Eriakha, Mr. Watkins,

Any party filing a matter outside normal business hours (M-F, 8:00 a.m. – 5:00 p.m.) that may require the court's immediate attention should call the emergency duty deputy and inform them of the filing, even if the matter does not qualify as an emergency under 5th Cir. R. 27.3. The emergency duty deputy can be reached at 504-442-0252.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____  
                              Roeshawn Johnson, Deputy Clerk  
                              504-310-7998