# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 21, 2026

Honorable Daniel B. McHugh
Northern District of Mississippi, Oxford
United States District Court
911 Jackson Avenue
Oxford, MS 38655

No. 25-60708   Eriakha v. University of Mississippi
              USDC No. 3:25-CV-226
              USDC No. 3:25-CV-250

Dear Honorable McHugh,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Roeshawn Johnson, Deputy Clerk
504-310-7998

cc:  Mr. Ehiremen Bennard Eriakha
     Mr. Paul Bowie Watkins Jr.